| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-39542-VK |
|---|---|
| In re<br><br>Jose Luis Monterroso<br>Olga Marina Castillo Gonzalez<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Jose Luis Monterroso & Olga Marina Castillo Gonzalez** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **07/19/2010**.

2. I am the owner of real property[1] at the following street address:

    **220 W. 84th St**

    **Los Angeles, CA 90003** _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **Chase Home Finance**.

    b. Second deed of trust in favor of **Chase Home Finance (Lam Motion)** *(if applicable)*.

    c. Third deed of trust in favor of _____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 3015-1.4**
Best Case Bankruptcy

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re | CHAPTER 13 |
|---|---|
| Jose Luis Monterroso<br>Olga Marina Castillo Gonzalez<br>Debtor(s). | CASE NUMBER 2:10-bk-39542-VK |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Chase Home Finance<br>PO BOX 78420<br>Phoenix, AZ 85062 | $1,170.01 | 1-15th August 2010 | 08/02/2010 |
| Creditor | | | |
| | | | |
| Creditor | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re | CHAPTER 13 |
|---|---|
| Jose Luis Monterroso  Olga Marina Castillo Gonzalez                              Debtor(s). | CASE NUMBER 2:10-bk-39542-VK |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  August 18, 2010                      Signature  _____
                                                      Jose Luis Monterroso
                                                      Debtor

Date  August 18, 2010                      Signature  _____
                                                      Olga Marina Castillo Gonzalez
                                                      Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3015-1.4

January 2009

Best Case Bankruptcy

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Jose Luis Monterroso & Olga Marina Castillo Gonzalez<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-39542-VK<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |

I, Jose Luis Monterroso & Olga Marina Castillo Gonzalez, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On August 02, 2010 I purchased and sent the mortgage payment $1,170.01 to my lender Chase Home Finance, to the following address: PO BOX 78420 Phoenix, AZ, 85062-8420. See attached copy of the money order(s).

This payment is for the month of August, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 18, 2010

_____
Debtor

_____
Joint Debtor

### UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

Pay to: CHASE HOME FINANCE
Address: PO BOX 78420
PHOENIX AZ 85062-8420

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 18117607623
Year, Month, Day: 2010-08-02
Post Office: 900031
Amount: $170.01
Clerk: 0001

### POSTAL MONEY ORDER 

Serial Number: 18117607623
Year, Month, Day: 2010-08-02
Post Office: 900031
U.S. Dollars and Cents: $170.01
Amount: ONE HUNDRED SEVENTY DOLLARS & 01¢ **************

Pay to: CHASE HOME FINANCE    Loan # 1769066748    Clerk: 0001
Address: PO BOX 78420
PHOENIX AZ 85062-8420
From: Jose Luis Monterroso
Address: 220 W. 84th St.
Los Angeles, CA 90003

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800⑆   18117607623⑈

---

### UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

Pay to: CHASE HOME FINANCE
Address: P.O BOX 78420
PHOENIX AZ 85062-8420

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 18117607612
Year, Month, Day: 2010-08-02
Post Office: 900031
Amount: $1000.00
Clerk: 0001

### POSTAL MONEY ORDER 

Serial Number: 18117607612
Year, Month, Day: 2010-08-02
Post Office: 900031
U.S. Dollars and Cents: $1000.00
Amount: ONE THOUSAND DOLLARS & 00¢ ********************

Pay to: CHASE HOME FINANCE    Loan # 1769066748    Clerk: 0001
Address: PO BOX 78420
PHOENIX AZ 85062-8420
From: Jose Luis Monterroso
Address: 220 W. 84th St.
Los Angeles, CA 90003

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800⑆   18117607612⑈



MP August 2010
ch 13   2:10-bk-39542-VK