1 L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
2 3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
3 Tel: (213)388-4939  Fax (213)388-2411
4 Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In Re: | CHAPTER 13 |
|---|---|
| Jose Luis Moneterroso & Olga Marina Castillo Gonzelez | CASE NO: 2:10-bk-39542-VK |
| Debtor(s) | DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Jose Luis Moneterroso & Olga Marina Castillo Gonzelez, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On September 01, 2010 I purchased and sent the Chapter 13 Plan Payment $345.00 to my Chapter 13 Trustee **NANCY K. CURRY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 1403, MEMPHIS, TN 38101.** See attached copy of the money order(s). This payment is for the month of September, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 02, 2010

_____
Debtor

_____
Joint Debtor

1

US Postal Money Order
Serial Number: 18117632970
Date: 2010-09-01
Post Office: 900031
Amount: $345.00
Three Hundred Forty Five Dollars & 00¢

Pay to: Chapter 13 Trustee
Address: PO Box 1403, Memphis, TN 38101
From: Jose Luis Monterroso & Olga
Address: 220 W. 84 St, Los Angeles, CA 90003
Memo: 2:10-bk-39542-VK

Sept 2010.