L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In Re: | CHAPTER 13 |
|---|---|
| Jose Luis Monterroso & Olga Marina Castillo Gonzalez | CASE NO: 2:10-bk-39542-VK |
| Debtor(s) | DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Jose Luis Monterroso & Olga Marina Castillo Gonzalez, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On October 01, 2010 I purchased and sent my Chapter 13 Plan Payment $345.00 to my Chapter 13 Trustee **Nancy K. Curry** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 1403, MEMPHIS, TN 38101.** See attached copy of the money order(s). This payment is for the month of October 2010

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 04, 2010

_____
Debtor

_____
Joint Debtor

1

```
        BROADWAY MANCHESTER STATION
            LOS ANGELES, California
                 900039998
              0545300003 -0097
10/01/2010     (800)275-8777      04:49:37 PM
===============================================
                Sales Receipt
Product           Sale  Unit          Final
Description       Qty   Price         Price

PHOENIX AZ 85062 Zone-4               $0.44
First-Class Letter
0.40 oz.
Expected Delivery: Mon 10/04/10
Return Rcpt (Green Card)              $2.30
Certified                             $2.80
Label #:      70101670000071124373
                                    ========
Issue PVI:                            $5.54

MEMPHIS TN 38101 Zone-7               $0.44
First-Class Letter
0.40 oz.
Expected Delivery: Mon 10/04/10
Return Rcpt (Green Card)              $2.30
Certified                             $2.80
Label #:      70101670000071124366
                                    ========
Issue PVI:                            $5.54

                                   ---------
Total:                               $11.08

Paid by:
Cash                                 $15.00
Change Due:                          -$3.92

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
******************************************
******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
******************************************
******************************************

Bill#: 1000303407091
Clerk: 07

     All sales final on stamps and postage
     Refunds for guaranteed services only
            Thank you for your business
******************************************
******************************************
            HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

           TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

              YOUR OPINION COUNTS
******************************************
******************************************

                 Customer Copy
```



Certified Mail Receipt 1:
Sent To: CHASE HOME FINANCE
Street, Apt No., or PO Box No.: PO BOX 78420
City, State, ZIP+4: PHOENIX AZ 85062-8420
Postage: $0.44
Certified Fee: $2.80
Return Receipt Fee: $2.30
Restricted Delivery Fee: $0.00
Total Postage & Fees: $5.54
Postmark: 10/01/2010
7010 1670 0000 7112 4373

Certified Mail Receipt 2:
Sent To: NANCY K. CURRY CHAPTER 13 TRUSTEE
Street, Apt No., or PO Box No.: PO BOX 1903
City, State, ZIP+4: MEMPHIS TN 38101
Postage: $0.44
Certified Fee: $2.80
Return Receipt Fee: $2.30
Restricted Delivery Fee: $0.00
Total Postage & Fees: $5.54
Postmark: 10/01/2010
7010 1670 0000 7112 4366

Trustee Payment

2:10-bk-39542-VK

Octubre 1, 2010

MONEY ORDER  81-00573657

$345.00

Pay to: Charles W. Sandre PMB 803 Memphis, TN 38101

Joel Montelongo / Olga Castillo

Los Angeles, CA 90003

⑆122430⑆ 81 00573657⑇ 656