| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-39542-VK |
|---|---|
| In re<br><br>Jose Luis Monterroso<br>Olga Marina Castillo Gonzalez<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Jose Luis Monterroso & Olga Marina Castillo Gonzalez** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **07/19/2010**.

2. I am the owner of real property[1] at the following street address:

    **220 W. 84th St**

    **Los Angeles, CA 90003** (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **Chase Home Finance**.

    b. Second deed of trust in favor of **Chase Home Finance (Lam Motion)** *(if applicable)*.

    c. Third deed of trust in favor of ___ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>Jose Luis Monterroso<br>Olga Marina Castillo Gonzalez<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-39542-VK |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Chase Home Finance<br>PO BOX 78420<br>Phoenix, AZ 85062 | $1,170.01 | 1-15th August 2010 | 08/02/2010 |
| | $1,170.01 | 1-15th September 2010 | 09/01/2010 |
| | $1,170.01 | 1-15th October 2010 | 10/01/2010 |
| | $1,170.01 | 1-15th November 2010 | 11/01/2010 |
| Creditor | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.4

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments                F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Jose Luis Monterroso<br>Olga Marina Castillo Gonzalez<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-39542-VK |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  November 04, 2010                    Signature  _/s/ Jose Luis Monterroso_
                                                       Jose Luis Monterroso
                                                       Debtor

Date  November 04, 2010                    Signature  _/s/ Olga Castillo_
                                                       Olga Marina Castillo Gonzalez
                                                       Joint Debtor

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy







```
        BROADWAY MANCHESTER STATION
           LOS ANGELES, California
                  900039998
                0545300003 -0097
11/01/2010      (800)275-8777      10:26:15 AM

_____Sales Receipt_____
Product           Sale    Unit          Final
Description       Qty     Price         Price

Dom. Money Order 18269033128         $1,000.00
Domestic Money Order Fee                 $1.50
        Subtotal:                    $1,001.50
Dom. Money Order 18269033130           $170.01
Domestic Money Order Fee                 $1.10
        Subtotal:                      $171.11
Dom. Money Order 18269033141           $345.00
Domestic Money Order Fee                 $1.10
        Subtotal:                      $346.10
                                     _____

Total:                               $1,518.71

Paid by:
Cash                                 $1,520.00
Change Due:                             -$1.29

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************

Bill#: 1000303444482
Clerk: 01

    All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business
*******************************************
*******************************************
         HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

            YOUR OPINION COUNTS
*******************************************
*******************************************


                  Customer Copy
```