L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939 Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Jose Luis Monterroso & Olga Marina Castillo Gonzalez<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 2:10-bk-39542-VK<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Jose Luis Monterroso & Olga Marina Castillo Gonzalez, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On December 31, 2010 I purchased and sent my Chapter 13 Plan Payment $345.00 to my Chapter 13 Trustee **Nancy K. Curry** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 1403, MEMPHIS, TN 38101.** See attached copy of the money order(s). This payment is for the month of January 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 26, 2011

Debtor

Joint Debtor

BROADWAY MANCHESTER STATION
LOS ANGELES, California
900039998
0545300003 -0097
12/31/2010 (800)275-8777 11:26:47 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Dom. Money Order 17431011652 | | | $1,000.00 |
| Domestic Money Order Fee | | | $1.50 |
| Subtotal: | | | $1,001.50 |
| Dom. Money Order 17431011663 | | | $671.99 |
| Domestic Money Order Fee | | | $1.50 |
| Subtotal: | | | $673.49 |
| Dom. Money Order 17431011674 | | | $345.00 |
| Domestic Money Order Fee | | | $1.10 |
| Subtotal: | | | $346.10 |
| 44c #10 Seabiscuit Envelope | 1 | $0.54 | $0.54 |
| Total: | | | $2,021.63 |
| Paid by: Cash | | | $2,025.00 |
| Change Due: | | | -$3.37 |

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
****************************************
****************************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
****************************************
****************************************

Bill#: 1000303520570
Clerk: 07

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
****************************************
****************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
****************************************
****************************************

UNITED STATES POSTAL SERVICE
CUSTOMER'S RECEIPT
KEEP THIS RECEIPT FOR YOUR RECORDS
SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
Serial Number 17431011674
Pay to CHPter 13 Trustee
Address Po Box 1403
Memphis, TN 38101
Year, Month, Day 2010-12-31 Post Office 900031 Amount $345.00 Clerk 0007

UNITED STATES POSTAL SERVICE
POSTAL MONEY ORDER
17431011674 2010-12-31 900031 $345.00
Amount THREE HUNDRED FORTY FIVE DOLLARS & 00¢
Case#2:10-bk-39542-VK [illegible]
Pay to Chapter 13 Trustee
Address Po Box 1403
Memphis TN 38101
[illegible] 220 W 54 Th St
Los Angeles CA 90003
Memo

Plan Payment
January 2011
2:10-bk-39524

**NDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NANCY K. CURRY
CHAPTER 13 TRUSTEE
PO BOX 1403
MEMPHIS, TN 38101

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) D. Anderson

C. Date of Delivery 1-6-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7010 1670 0000 7111 7924

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540