| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 2:10-bk-39542-VK |
| In re<br>**Jose Luis Monterroso<br>Olga Marina Castillo Gonzalez**<br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Jose Luis Monterroso & Olga Marina Castillo Gonzalez** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **07/19/2010**.

2. I am the owner of real property[1] at the following street address:

   **220 W. 84th St**

   **Los Angeles, CA 90003** (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of **Chase Home Finance**.

   b. Second deed of trust in favor of **Chase Home Finance (Lam Motion)** *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).


Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

| | |
|---|---|
| In re<br>Jose Luis Monterroso<br>Olga Marina Castillo Gonzalez<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-39542-VK |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **Chase Home Finance**<br>**PO BOX 78420**<br>**Phoenix, AZ 85062** | **$1,170.01** | **1-15th August 2010** | **08/02/2010** |
| | **$1,170.01** | **1-15th September 2010** | **09/01/2010** |
| | **$1,170.01** | **1-15th October 2010** | **10/01/2010** |
| | **$1,170.01** | **1-15th November2010** | **11/01/2010** |
| | **$1,671.99** | **1-15th December 2010** | **12/01/2010** |
| | **$1,671.99** | **1-15th January 2011** | **12/31/2010** |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.



Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

| | |
|---|---|
| In re<br>Jose Luis Monterroso<br>Olga Marina Castillo Gonzalez<br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-39542-VK |

6. Attached to this declaration are copies of the:

☐ cashier's checks, ☒ money orders, ☐ certified funds, or

☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date January 26,2011 Signature ________________
Jose Luis Monterroso
Debtor

Date January 26, 2011 Signature ________________
Olga Marina Castillo Gonzalez
Joint Debtor



Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

2:10-bk-39542-ER

UNITED STATES POSTAL SERVICE

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to CHase Home Finance
Address Po Box 78420
PHOENIX AZ 85062-8420

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 17431011652 | 2010-12-31 | 900031 | $1000.00 | 0007 |

UNITED STATES POSTAL SERVICE

## POSTAL MONEY ORDER

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 17431011652 | 2010-12-31 | 900031 | $1000.00 |

Amount ONE THOUSAND DOLLARS & 00¢ ******************

Pay to CHase Home finance
Address Po Box 78420
PHOENIX AZ 85062-8420

Loan # 1769066748
From Jose Luis Monterroso
Address 220 W 84Th St
Los Angeles CA 90003

Clerk 0007

Memo

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000008002⑆ 17431011652⑈

UNITED STATES POSTAL SERVICE

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to CHase Home Finance
Address Po Box 78420
PHOENIX AZ 85062-8420

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 17431011663 | 2010-12-31 | 900031 | $671.99 | 0007 |

UNITED STATES POSTAL SERVICE

## POSTAL MONEY ORDER

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 17431011663 | 2010-12-31 | 900031 | $671.99 |

Amount SIX HUNDRED SEVENTY ONE DOLLARS & 99¢ *********

Pay to CHase Home finance
Address Po BOX 78420
PHOENIX AZ 85062-8420

Loan # 1769066748
From Jose Luis Monterroso
Address 220 W 84Th St
Los Angeles CA 90003

Clerk 0007

Memo

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000008002⑆ 17431011663⑈

Mortgage Payment January 2011

[illegible]

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHase Home Finance
PO BOX 78420
PHOENIX AZ 85062-8420

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7010 1670 0000 7111 7900

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540